| | |
|---|---|
| 1 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| | Mark C. Goodman (State Bar No. 154692) |
| 2 | David A. Gabianelli (State Bar No. 158170) |
| | Julie E. Schwartz (State Bar No. 260624) |
| 3 | One Maritime Plaza, Suite 300 |
| | San Francisco, CA 94111 |
| 4 | Telephone: +1.415.954.0200 |
| | Facsimile: +1.415.393.9887 |
| 5 | Email: mgoodman@ssd.com |
| | Email: dgabianelli@ssd.com |
| 6 | Email: jeschwartz@ssd.com |
| 7 | Attorneys for Defendants |
| | BAYER CORPORATION, |
| 8 | BAYER HEALTHCARE LLC, |
| | BAYER HEALTHCARE PHARMACEUTICALS INC. and |
| 9 | MCKESSON CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE L. ANDERSON, a single individual; LORI ANNE DANIELS-SEGERS, a single individual; SUSIE HARGE, wife and ADOLPH HARGE JR., husband; JONI JONES, a single individual; MARIE JONES, a single individual, | Case No. C 10-0261 JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| Plaintiffs, | |
| vs. | |
| BAYER CORPORATION, an Indiana corporation; BAYER HEALTHCARE PHARMACEUTICALS INC., a Delaware corporation; BAYER HEALTHCARE LLC, a Delaware limited liability company; BERLEX LABORATORIES INTERNATIONAL, INC., a Delaware corporation; BAYER SCHERING PHARMA AG, a German corporation; BAYER AG, a German corporation; SCHERING AG, a German corporation; MCKESSON CORPORATION, a Delaware corporation; and DOES 1-50, Inclusive, | |
| Defendants. | |

Plaintiffs Katherine L. Anderson, Lori Anne Daniels-Segers, Susie Harge, Adolph Harge Jr., Joni Jones, and Marie Jones ("Plaintiffs") and Defendants Bayer Corporation, Bayer HealthCare LLC, Bayer HealthCare Pharmaceuticals Inc. and McKesson Corporation (collectively, "Defendants") by and through their respective counsel, enter into the following Stipulation:

WHEREAS, Plaintiffs' Complaint was filed on December 21, 2009;

WHEREAS, Defendants removed the Complaint to this Court on January 20, 2010;

WHEREAS, Defendants issued a letter dated January 25, 2010 identifying this matter as a tag-along action in connection with MDL No. 2100 pending in the United States District Court for the Southern District of Illinois;

WHEREAS, responses currently are due from Defendants on February 19, 2010;

WHEREAS, an extension of time to respond to the Complaint is warranted for counsel to discuss the disposition of this case and attempt to reach agreement on how it will be handled going forward;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, Defendants shall have until February 26, 2010 to respond to Plaintiffs' Complaint.

IT IS SO STIPULATED.

Dated: February 17, 2010

| PHILLIPS & ASSOCIATES | SQUIRE, SANDERS & DEMPSEY LLP |
|---|---|
| /s/ Lowell W. Finson /JES | /s/ Julie E. Schwartz |
| Lowell W. Finson | Julie E. Schwartz |
| Attorneys for Plaintiffs<br>KATHERINE L. ANDERSON,<br>LORI ANNE DANIELS-SEGERS,<br>SUSIE HARGE, ADOLPH HARGE<br>JR., JONI JONES, and MARIE<br>JONES | Attorneys for Defendants<br>BAYER CORPORATION,<br>BAYER HEALTHCARE LLC,<br>BAYER HEALTHCARE<br>PHARMACEUTICALS INC. and<br>MCKESSON CORPORATION |

-2-

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3   DATED: February 18, 2010

                                              /s/ Jeffrey S. White

4                                           HONORABLE JEFFREY S. WHITE
                                          United States District Judge

6   SANFRANCISCO/338130.1

---

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. C 10-0261 JSW