IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE L. ANDERSON, et al., | No. C 10-00261 JSW |
| Plaintiffs, | **ORDER GRANTING MOTION TO STAY PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION MDL 2100** |
| v. | |
| BAYER CORPORATION, et al., | |
| Defendants. | |

Now before the Court for consideration is a Motion to Stay filed by Defendant Bayer Corporation, Bayer Health Care LLC, and Bayer Healthcare Pharmaceuticals Inc. ("Bayer"). Bayer moves to stay these proceedings pending transfer of this action to the Judicial Panel on Multidistrict Litigation ("MDL") action No. 2100, *In re Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation.* Plaintiffs have not opposed the motion within the time period required by the Northern District Civil Local Rules. *See* N.D. Civ. L.R. 7-3(a). The Court finds the motion appropriate for decision without oral argument and hereby VACATES the hearing set for March 19, 2010. *See* N.D. Civ. L.R. 7-1(b).

Having considered Bayer's moving papers, the lack of opposition thereto, relevant legal authority, and the record in this case, the Court concludes that a limited stay of these proceedings, pending transfer to the MDL, would further judicial economy and efficiency. Accordingly, the Court HEREBY GRANTS Bayer's motion to stay.

//

//

1   All pending dates and deadlines are hereby vacated.

2   **IT IS SO ORDERED.**

4   Dated: March 8, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2