A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Mar 09, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Mar 09, 2010

FILED
CLERK'S OFFICE

**FILED**
MAR 10 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

10-20168-DRH-PMF

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Katherine L. Anderson, et al. v. Bayer Corp., et al.,
N.D. California, C.A. No. 3:10-261

MDL No. 2100

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Anderson*) on February 4, 2010. Prior to expiration of that order's 14-day stay of transmittal, plaintiffs in *Anderson* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-14" filed on February 4, 2010, is LIFTED insofar as it relates to this action. The action is transferred to the Southern District of Illinois for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable David R. Herndon.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

CERTIFIED TRUE COPY
Clerk of Court
BY: *Ileana Brinkley*
Deputy Clerk
Date: 3/10/10