UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) 3:09-md-02100-DRH ) ) MDL No. 2100 ) |

**This Document Relates To:**

*Katherine L. Anderson, et al. v. Bayer Corporation, et al.*   No. 10-cv-20168-DRH

*Karen Knauer, et al. v. Bayer Corporation, et al.*   No. 10-cv-20243-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the stipulations entered to date, the above captioned matter is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
Deputy Clerk

APPROVED:

Digitally signed by David R. Herndon
Date: 2015.04.26 08:12:47 -05'00'

DISTRICT JUDGE
U. S. DISTRICT COURT